**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

**ADAM LEE PINKTON**                                                    **PLAINTIFF**

**V.**                                  **CAUSE NO. 3:16-CV-00238-CWR-FKB**

**TERESA SIMS**                                                 **DEFENDANT**

**ORDER ADOPTING REPORT AND RECOMMENDATION**

This matter is before the Court pursuant to the Report and Recommendation of United States Magistrate Judge F. Keith Ball entered on December 19, 2016. Docket No. 21. Therein, Judge Ball clearly notified the respective parties in the above-styled and numbered cause that failure to file written objections to the findings and recommendations contained within fourteen (14) days from the date of filing would bar further appeal in accordance with Title 28 U.S.C. § 636. This court, finding that there has been no submission of written objections by any party, hereby adopts said Report and Recommendation as the Order of this Court.

**SO ORDERED**, this the 17th day of January, 2017.

                                                 s/ Carlton W. Reeves
                                                 UNITED STATES DISTRICT JUDGE